**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Catherine Bean<br><br>DEBTOR | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>19-10353/MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

SHAPIRO & DENARDO, LLC

DATED:     January 29, 2019        BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800 / fax (847) 954-4809
PA BAR ID # 318323
pabk@logs.com

S&D File #: 19-061767