**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CATHERINE BEAN                                  Chapter 13


                        Debtor            Bankruptcy No. 19-10353-MDC

**OBJECTION OF CHAPTER 13 TRUSTEE**
**TO CONFIRMATION OF PLAN OF DEBTOR(S)**

      **AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

The Plan fails to provide that all of the projected disposable income of debtor(s), who has/have current monthly income which is above median, will be applied to make payments to unsecured creditors under the Plan, in violation of 11 U.S.C. Section 1325 (b)(3).

Debtor(s) has/have failed to file an amended plan as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to file amended schedules as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

      **WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.


                                Respectfully submitted,

                                  /s/ William C. Miller
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee