**Choice One Abstract, Inc.**
2400 David Drive Havertown, PA 19083

CERTIFIED TO BE A TRUE & EXACT COPY OF ORIGINAL

_Seller_

| File Number / Escrow Number: | COA224820 |
| --- | --- |
| Officer/Escrow Officer: | Amelia Lynn Corino |
| Settlement Location: | |

| Property Address: | 200 Shadeland Avenue |
| --- | --- |
| | Drexel Hill, PA 19026 |
| | APN: 16-12-00648-00 |
| Buyer: | Hung K. Hoang |
| Seller: | James H. Bean and Catherine D. Bean |
| Lender: | Developer's Mortgage Company ISAOA/ATIMA  1800 Byberry Rd 1104 Huntingdon Valley PA 19006 |
| Settlement Date: | December 03, 2020 |
| | Disbursement Date: December 03, 2020 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
| --- | --- | --- | --- | --- |
| | | **Financial** | | |
| | $170,000.00 | Sale Price of Property | $170,000.00 | |
| | | Deposit | | $5,000.00 |
| | | Loan Amount | | $136,000.00 |
| | | Lender Credits | | $35.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $390.40 | Township Tax/Trash/Sewer 12/3/2020 to 12/31/2020 | $390.40 | |
| | $79.61 | County Taxes 10/28/2020 to 12/31/2020 | $79.61 | |
| | $1,979.31 | School Taxes 10/28/2020 to 06/30/2021 | $1,979.31 | |
| | | | | |
| | | **Loan Charges** | | |
| | | Loan Origination Fee to Developer's Mortgage Company ISAOA/ATIMA | $2,720.00 | |
| | | Processing Fee to Developer's Mortgage Company ISAOA/ATIMA | $895.00 | |
| | | Prepaid Interest ($26.08 per day from 12/3/2020 to 1/1/2021) | $756.38 | |
| | | Appraisal Fee (B/POC: $495.00) Nationwide Property & Appraisal | | |
| | | Credit Report Fee Credit Plus | $70.07 | |
| | | Flood Certification Corelogic Flood Services | $12.00 | |
| | | Inspection Fee (B/POC: $175.00) Nationwide Property & Appraisal | $35.00 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance $44.50 per month for 3 mo. | $133.50 | |
| | | Property Taxes $275.25 per month for 6 mo. | $1,651.50 | |
| | | City Property Tax $223.94 per month for 11 mo. | $2,463.34 | |
| | | Aggregate Adjustment | ($1,520.20) | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| $75.00 | | Overnight Mail (HELOC Payoff & Deed Package)/Wire Fee (First Mortgage payoff) Choice One Abstract | | |
| | | Title - Owner's Title Insurance (optional) to Choice One Abstract, Inc. | $193.80 | |
| | | Title - PA 100 Covenants, Conditions and Restrictions (10/1/19) to Choice One Abstract, Inc. | $100.00 | |
| | | Title - PA 300 Survey Exception (10/01/08) to Choice One Abstract, Inc. | $100.00 | |
| | | Title - PA 900 (ALTA 8.1-06) Environmental Protection Lien (4/1/07) to Choice One Abstract, Inc. | $100.00 | |
| | | Overnight Mail/Wire Fee Choice One Abstract | $75.00 | |
| | | Electronic Document Delivery Fee Choice One Abstract | $29.00 | |

Copyright 2015 American Land Title Association. All rights reserved.
ALTA Settlement Statement—Combined 5-1-15
Page 1 of 3
generated by: www.getTitleDesktop.com
File No.: COA224820
Print Date & Time: 12/2/2020 10:33 AM

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Title - TIRBOP PA Closing Protection Letter-Single Transaction (5/1/16) to Choice One Abstract, Inc. | $125.00 | |
| $35.00 | | Title Notary Fee Amelia Lynn Corino | $75.00 | |
| | | Title - Lenders Title Insurance to Choice One Abstract, Inc. | $1,230.20 | |
| | | **Commission** | | |
| $595.00 | | Flat Fee Long and Foster | | |
| $5,100.00 | | Real Estate Commission Buyers Broker EXP Realty | | |
| $5,100.00 | | Real Estate Commission Sellers Broker Long and Foster | | |
| | | **Government Recording And Transfer Charges** | | |
| | | Recording Fee Deed to Delaware County Recorder of Deeds | $116.25 | |
| | | Recording Fee Mortgage to Delaware County Recorder of Deeds | $194.25 | |
| $850.00 | | Transfer Tax County/Local to Delaware County Recorder of Deeds | $850.00 | |
| $850.00 | | Transfer Tax State to Commonwealth of Pennsylvania | $850.00 | |
| | | **Payoff(s)** | | |
| $61,525.52 | | Payoff of First Mortgage Loan Chase Home Mortgage | | |
| | | **Miscellaneous** | | |
| $5,900.00 | | Concrete Repair Invoice A.M.C. Construction | | |
| $350.00 | | Sewer Lateral E.J. Hosbach Mechanical Contractors LLC | | |
| $1,000.00 | | Electrical Invoice AJ Mitchell | | |
| $750.00 | | Roofing Invoice Ron Menna | | |
| $26.00 | | Notary Fee (deed package) Lauren Ranalli | | |
| $200.00 | | Certifications Reimbursement Long and Foster | | |
| | | Homeowners Insurance Premium (12 mo) The Philadelphia | $534.00 | |
| **Seller Debit** | **Seller Credit** | | **Borrower/Buyer Debit** | **Borrower/Buyer Credit** |
| $82,356.52 | $172,449.32 | Subtotals | $184,238.41 | $141,035.00 |
| | | Due from Hung K. Hoang | | $43,203.41 |
| $90,092.80 | | Due to James H. Bean and Catherine D. Bean | | |
| $172,449.32 | $172,449.32 | Totals | $184,238.41 | $184,238.41 |

Copyright 2015 American Land Title Association. All rights reserved.
ALTA Settlement Statement-Combined S-1-15

Page 2 of 3
generated by: www.getTitleDesktop.com

File No.: COA224820
Print Date & Time: 12/2/2020 10:33 AM

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize _____Choice One Abstract, Inc._____ to cause the funds to be disbursed in accordance with this statement.

_[signature] agent for_
James H. Bean

_[signature] agent for_
Catherine D. Bean

_[signature]_
Hung K. Hoang

_[signature]_
Amelia Lynn Corino
_Harry P. Tregear_

Copyright 2015 American Land Title Association. All rights reserved.
ALTA Settlement Statement–Combined 5-1-15

Page 3 of 3
generated by: www.getTitleDesktop.com

File No.: COA224820
Print Date & Time: 12/2/2020 10:33 AM